Decided June 23, 2011

AMIR BROOKS *v.* COMMISSIONER OF CORRECTION

The petitioner Amir Brooks' petition for certification for appeal from the Appellate Court, 128 Conn. App. 35 (AC 30809), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Temmy Ann Pieszak,* chief of habeas corpus services, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided June 23, 2011

STATE OF CONNECTICUT *v.* ESTEBAN DEJESUS

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 129 (AC 30986), is denied.

*Elizabeth M. Inkster,* senior assistant public defender, and *Lisa Vincent,* certified legal intern, in support of the petition.

*Adam E. Mattei,* special deputy assistant state's attorney, in opposition.

Decided June 23, 2011